## VERIFIED RETURN OF SERVICE

State of Florida                                                                                     County of

Case Number: 8:25-CV-02111-KKM-CPT

Plaintiff: **EDWARD RILEY INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **DEALER GENERAL SUPPLY COMPANY LLC**

For:
Troy Longman
FLORIN|GRAY
11654 Pointe Village Drive
Suite 100
Lutz, FL 33558

Received by Robert L. Jones, Inc. on the 11th day of August, 2025 at 10:46 am to be served on **DEALER GENERAL SUPPLY COMPANY LLC C/O DEAN MEAD SERVICES LLC AS R/A, 420 S ORANGE AVE, STE 700, ORLANDO, FL 32801**.

I, DYLAN STEELE, do hereby affirm that on the **14th day of August, 2025** at **10:57 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COLLECTIVE ACTION COMPLAINT AND DEMAND FOE JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **CHRIS DAMICO** as **ATTORNEY** for **DEALER GENERAL SUPPLY COMPANY LLC**, at the address of: **420 S ORANGE AVE, STE 700, ORLANDO, FL 32801**, and informed said person of the contents therein, in compliance with Florida Statute 48.091

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 185, Hair: Light Brown, Glasses: N

I do hereby acknowledge that I am a Sheriff Appointed Process Server, in the county in which service was effected, in accordance with Florida Statutes, I am over the age of 18, and have no interest in the above action, pursuant to F.S. 92.525(2). Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true.  No Notary required Pursuant to F.S. 92.525(2)

_____
DYLAN STEELE
410

Robert L. Jones, Inc.
509 VIRGINIA LANE
Clearwater, FL 33764
(727) 442-9269

Our Job Serial Number: RLJ-2025010783

