UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Edward Riley, Individually
and on behalf of others similarly situated,

 Plaintiff,       Case No.: 8:25-cv-02111-KKM-CPT

v.

Dealer General Supply Company, LLC

 Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Edward Riley, by and through his undersigned counsel, pursuant to Middle District of Florida Local Rule 2.02 (a), hereby notifies the Court and all Counsel of Record of Troy E. Longman II's, designation as Lead Counsel for Plaintiff in this action, and requests to be served with all pleadings and other documents in this matter.

Troy Longman II, Esq. is registered to receive notices at the following: tlongman@floringray.com.

Dated: September 25, 2025

        Respectfully submitted,

        FLORIN|GRAY

        *s/ Troy E. Longman II*
        Troy Longman II

Florida Bar No.:
tlongman@floringray.com
Wolfgang M. Florin
Florida Bar No.: 907804
wflorin@floringray.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 220-4000
Facsimile (727) 483-7942
*Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide a copy to all counsel of record.

*/s/Troy E. Longman II*
Attorney for Plaintiff